■ In the Matter of the Arbitration between MICHAEL DRENNEN, as President of American Federation of State, County and

Municipal Employees, Local 650, AFL-CIO, Respondent, and CITY OF BUFFALO et al., Appellants. [910 NYS2d 717]—Appeal from a judgment and order (one paper) of the Supreme Court, Erie County (Donna M. Siwek, J.), entered June 30, 2009 in a proceeding pursuant to CPLR 75. The judgment and order granted the petition to confirm an arbitration award.

It is hereby ordered that the judgment and order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Martoche, J.P., Lindley, Sconiers, Pine and Gorski, JJ.